RUSSELL K. DUXBURY, Respondent, v. BENJAMIN C. TOUSEY and SUSAN C. PULVER, Appellants.— Judgment and order reversed as to the defendant Susan C. Pulver, and as to her complaint dismissed, without costs. As to the defendant Benjamin C. Tousey, judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to further reduce the verdict to the sum of $5,000, in which event the judgment as so modified and the order, are affirmed, without costs in this court. Putnam, Blackmar, Kelly and Jaycox, JJ., concur; Rich, J., votes to reverse the judgment and order, and to dismiss the complaint as to both defendants.

ABRAHAM GOLD, Appellant, v. WILLIAM J. HUFF and Others, Respondents. — Order of the County Court of Kings county modified by imposing as a condition for opening the default " that defendant Huff shall pay to plaintiff's attorney the sum of ten dollars costs within ten days, and that issue shall remain as of the original date," upon condition, however, that respondent Huff within ten days from the date of entry of this order pay to the appellant ten dollars costs on this appeal, together with the disbursements for printing; otherwise, order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

LOUIS GONZALES, Appellant, v. THE KENTUCKY DERBY COMPANY, INC., Defendant, Impleaded with ISIDOR REICHENTHALER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

BESSIE GREENWALD and RACHEL GREENWALD, as Administratrices, etc., of DANIEL GREENWALD, Deceased, Appellants, v. IDA B. WASHBURN, Defendant, Impleaded with HELEN M. REYNOLDS and Others, Respondents. — Judgments and order affirmed, with costs. No opinion. Rich, Putnam, and Blackmar, JJ., concur; Jenks, P. J., and Jaycox, J., dissent.

FRANK HESSE, Respondent, v. GEORGE BERGOLD, Appellant.— Judgment of the County Court of Nassau county reversed and new trial ordered, with costs to abide the event, upon the ground that the question of defendant's negligence should have been submitted to the jury. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.